CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTICE DEPINA<br>Defendant. | CASE NO. 4:26-mj-71180 MAG<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: The Honorable Robert M. Illman, United States Magistrate Judge for the Northern District of California

Special Assistant United States Attorney Zachary M. Glimcher respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JUSTICE DEPINA, (Jail No. 2609093) whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, JUSTICE DEPINA, is required to appear as a defendant in the above-entitled matter

//

in this Court on the date identified in the writ, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: September 3, 2026

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
Zachary M. Glimcher
Special Assistant United States Attorney

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTICE DEPINA,<br>Defendant. | CASE NO. 4:26-mj-71180 MAG<br><br>[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant JUSTICE DEPINA (Jail No. 2609093), before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be issued as presented.

DATED: ___________________

___________________________________
Hon. Robert M. Illman
United States Magistrate Judge

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: David O. Livingston, Sheriff of Contra Costa County, overseeing operations at Martinez Detention Facility, located at 901 Court St., Martinez, CA, and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of JUSTICE DEPINA (Jail No. 2609093), who is in the custody of Martinez Detention Center, before the Honorable Sallie Kim, United States Magistrate Judge for the Northern District of California, located at the Oakland Federal Courthouse, located at 1301 Clay Street, 3rd Floor, Oakland, California 94612, on Thursday, September 10, 2026, at 10:30 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: ______________________

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: ________________________________
DEPUTY CLERK