# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT [ ] SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. Section 2252(a)(1) and (b)

18 U.S.C Section 2252(a)(4)(B)

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

PENALTY: See attached

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## DEFENDANT - U.S

JUSTICE DEPINA

DISTRICT COURT NUMBER

4:26-mj-71180 MAG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

HSI TFO, Darryl Holcombe

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Craig H. Missakian

[X] U.S. Attorney [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Zachary M. Glimcher

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction } [ ] Federal [X] State

6) [X] Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Martinez Detention Facility, COCO County

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year June 28, 2026

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

FILED
Sep 03 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

[ ] SUMMONS [ ] NO PROCESS* [X] WARRANT

Bail Amount:

If Summons, complete following:
[ ] Arraignment [ ] Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

18 U.S.C. Section 2252(a)(1) and (b) – Transportation of Child Pornography

Maximum Penalties

Maximum prison term 20 years
Minimum prison term 5 years
Maximum fine $250,000.00
Term of Supervised Release: 5 years to life
Restitution
Mandatory special assessment $100 per felony count; $5,000 per victim under 18 U.S.C. § 3014(a)(3)
Forfeiture

18 U.S.C Section 2252(a)(4)(B) – Possession of Child Pornography

Maximum Penalties

Maximum prison term 10 years
Maximum fine $250,000.00
Term of Supervised Release: 5 years to life
Restitution
Mandatory special assessment $100 per felony count; $5,000 per victim under 18 U.S.C. § 3014(a)(3)
Forfeiture

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

United States of America
v.

JUSTICE DEPINA

*Defendant(s)*

Case No. 4:26-mj-71180 MAG

FILED
Sep 03 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 21, 2026 and June 28, 2026 in the county of Contra Costa in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2252(a)(1) | Transportation of Child Pornography |
| 18 U.S.C Section 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of Darryl Holcombe, HSI TFO

☑ Continued on the attached sheet.

/s/ Darryl Holcombe
*Complainant's signature*

Darryl Holcombe, HSI TFO
*Printed name and title*

Approved as to form _/s/ Zachary Glimcher__
SAUSA _Zachary M. Glimcher_

Sworn to before me by telephone.

Date: 09/03/2026

*Judge's signature*

City and state: Mckinleyville, CA

Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Darryl J. Holcombe, a Task Force Officer with Homeland Security Investigations do swear and affirm as follows:

## INTRODUCTION

1. This affidavit is made in support of a Criminal Complaint and Arrest Warrant charging Justice DEPINA ("**DEPINA**,") with one count of Transportation of Child Pornography in violation of 18 U.S.C. § 2252(a)(1), and one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

2. The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and a Task Force Officer with Homeland Security Investigations, information I have gathered in my investigation, my personal observations, and the information provided to me by other law enforcement officers. I believe these sources to be reliable. Because this affidavit is being submitted for the limited purpose of this criminal complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that on or about June 21, 2026, in the Northern District of California, DEPINA violated 18 U.S.C. § 2252(a)(1), and on or about June 28, 2026, DEPINA violated § 2522(a)(4)(B).

## AFFIANT BACKGROUND

3. I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault Unit. I have been assigned to the Sexual Assault Unit since approximately 2015. I also serve as a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations. I have been employed with the Contra Costa County District Attorney's Office since November 2011. Prior to that, I was a police officer with the City of Concord for eleven years. I attended a basic police academy in 1999 at the Los Medanos Police Academy.

4. I am also currently assigned to the Internet Crimes against Children Task Force. I monitor peer-to-peer and file sharing programs and investigate individuals downloading and sharing child pornography and committing other sexual crimes against children. I have participated in over 300 such investigations. Through my work in these investigations, as well as my discussions with other experienced agents, I have experience in estimating the approximate ages of individuals (including those under the age of 18) depicted in photographs and videos. I have received advanced training in computer crimes and peer-to-peer file sharing programs. I have also received training in child pornography and child exploitation offenses, and through both this training and my prior work, have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).

5. I have personally participated in the execution of numerous search warrants, including the search, seizure, and analysis of data stored within a computer and other electronic media. I have received various trainings in investigating and enforcing federal child pornography and exploitation laws in which computers are used as the means for receiving, transmitting, distributing, storing, and possessing images of minors engaged in sexually explicit conduct. As a Senior Inspector with the District Attorney's Office, I have also participated in criminal investigations relating to identity theft, counterfeit identification, counterfeit currency, counterfeit checks, bank fraud, wire fraud, access device fraud, and electronic crimes involving computers.

6. As a state law enforcement agent, I am authorized to investigate violations of state law and to execute warrants issued under the authority of the State of California. I am also cross designated as a federal customs officer with Homeland Security Investigations. I am authorized to make probable cause arrests without a warrant for violations of United States law. I am authorized to serve search and arrest warrants issued under the authority of the United States. Therefore, I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and I am empowered by law to conduct investigations, to

execute search warrants, and to make arrests for offenses of Federal law, including for child pornography offenses.

## APPLICABLE LAW

7. **Title 18, United States Code, Section 2252(a)(1)** prohibits any person who knowingly transports or ships using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mails, any visual depiction, if, (A), the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B), such visual depiction is of such conduct.

8. **Title 18, United States Code, Section 2252(a)(4)(B)** prohibits any person from knowingly possessing or accessing with intent to view, or attempting or conspiring to do so, any material that contains any visual depiction, as defined in 18 U.S.C. § 2256(5), that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, where the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depiction is of such conduct.

## FACTS IN SUPPORT OF PROBABLE CAUSE

### A. Summary of the Investigation

9. Beginning in 2025, Justice DEPINA, a 28-year-old resident of Fall River, Massachusetts, began an online dating relationship with Minor # 1, a resident in the Northern District of California. During the course of the online relationship, Minor 1 produced sexually explicit material for DEPINA and sent it to DEPINA. On or about April 12, 2026, when Minor 1 was 15 years old, DEPINA booked airline travel from Massachusetts to Oakland, California, with the intent to meet Minor 1. According to records obtained from Southwest Airlines,

DEPINA traveled to Oakland, California from Boston, Massachusetts on June 21, 2026, and was scheduled to return to Boston on July 3, 2026.

10. DEPINA was arrested in Walnut Creek, California on June 28, 2026, after Minor 1's family members found them together in a parked car. The Walnut Creek Police Department arrested DEPINA for violations of California law. During his arrest, the officers seized an Apple iPhone 16. Minor 1, a 16-year-old female, gave law enforcement officers consent to search her phone and social media messages were found which showed DEPINA received visual depictions of sexually explicit material from Minor 1, groomed her and ultimately traveled to California to engage in sexual acts with her.

**B. Report to the Walnut Creek Police Department**

11. On June 28, 2026, Walnut Creek Officers were dispatched to Habit Burger in response to a call from an individual, A.V., who called the Walnut Creek Police Department to report she believed that her 16-year-old daughter, Minor 1, was with a 28-year-old-male, later identified as Justice DEPINA in the parking lot of Habit Burger.

12. A.V. told Officers that her oldest daughter had informed her that Minor 1 was meeting a 28-year-old male at Habit Burger. A.V. drove to Habit Burger and observed Minor 1sitting in a Toyota T100 with DEPINA. A.V., who was interviewed by law enforcement, said she had observed Minor 1 resting her head on DEPINA's shoulder. A.V said she confronted DEPINA as to what he was doing there with Minor 1 and DEPINA admitted he was 28 years old and had flown from Massachusetts to meet with Minor 1.

13. Officers spoke with DEPINA and he initially stated that he had been dating Minor 1 for the past year, stating they had met online. DEPINA acknowledged he knew Minor 1 was 16 years old. DEPINA denied any romantic/physical/sexual contact between him and Minor

1. DEPINA stated he had flown to California to see if he could be in a relationship with Minor 1 and potentially marry her.

### C. Interview with Minor 1

14. Minor 1 was interviewed by officers on June 28, 2026, at the Children's Interview Center on, July 9, 2026, and finally just after that by two detectives, also on July 9, 2026. The second interview was conducted by a certified forensic interviewer, at which she did not make any admissions.

15. After the interview but still on July 9, 2026, Minor 1 spoke with two Walnut Creek Police detectives and disclosed she had engaged in sexual intercourse and oral sex with DEPINA in the motel room. It is a violation of California Penal Code section 261.5(c) for a person who is more than three years older than the minor to engage in sexual intercourse. It is a violation of California Penal Code section 287(b)(1) for an adult to engage in oral copulation with a minor under the age of 18.

### D. Review of Minor 1's Google Pixel Smartphone

16. On or about July 21, 2026, I did a review of Minor 1's device. The following communications I located on the device between Minor 1 and DEPINA occurred on Snapchat. DEPINA's Snapchat username is overpowered857.

17. I located a message DEPINA sent to Minor 1 on or about April 25, 2026.

18. DEPINA told Minor 1, "….I'm so happy I have you you just make writing this so easy you know lets talk about that pretty pussy of yours next ugh I love it so much…:"

19. DEPINA continued to write to Minor 1 about the appearance of her vagina, "….but even if you wanted to surprise me and shave one day I'd still love it sometimes I look at your older pictures of it when it was shaved and its still so perfect….

20. On April 25, 2026, DEPINA continued to message Minor 1 about sex acts he wanted to engage in with her, "…I love your back too ugh an that arch you do for me its so sexyyyy just thinking about it makes me so hard for you I can't waist to cum all over it when you bend over for me…."

21. On April 25, 2026, DEPINA told Minor 1 that he likes it when she masturbates for him. DEPINA wrote, "…makes me happy I love seeing you masturbate for me and feel good too."

22. I located a message sent from DEPINA to Minor 1 on or May 11, 2026. In the message, DEPINA makes reference to Minor 1's age.

23. DEPINA wrote the following, "..I wanted to start with I know you're turning 16 of course, but ever since I've met you you've been a woman to me.."

24. DEPINA also wrote, …but I've never seen you as a kid or immature…"

25. Further along in the message DEPINA wrote, "I love you so much you're the most attractive and sexy woman I've ever met and every day is a blessing with you and I'm so grateful you are as you are there was plenty of times I like forgot your age."

26. I located a video of Minor 1 masturbating. She is completely nude and inserting an object into her vagina. The video was sent to DEPINA via Snapchat on or about June 18, 2026, presumably while DEPINA was in Massachusetts.On or about June 20, 2026, also when DEPINA was presumably still in Massachusetts, he sent Minor 1 an image of himself. DEPINA was fully clothed in the image. DEPINA included the following words on the image, "I can't wait until your hands are feeling all over me."

27. I located an image of Minor 1 with her back to the camera. The image was sent to DEPINA via Snapchat. She is completely nude and has an object inserted into her anus. The message was sent by Minor 1 on or about June 21, 2026.

28. On or about June 22, 2026, DEPINA sent Minor 1 an image of Minor 1 and DEPINA inside of a car. Minor 1 is only wearing underwear below her waist and DEPINA's hand is on her buttocks.

29. I located no sexual images or videos of DEPINA or Minor 1 inside of a motel room.

30. On or about June 24, 2026, DEPINA sent an image of his erect penis to Minor 1. DEPINA included the following words on the image, "You should be sucking your pacifier baby girl."

31. On or about June 26, 2026, DEPINA sent Minor 1 an image of himself nude with an erect penis. DEPINA included the following words on the image, "You should be here letting me breed you."

32. On or about June 27, 2026, DEPINA sent an image of himself nude in the shower to Minor 1. DEPINA included the following words on the image, "Why aren't you here cleaning me."

**E. Search of DEPINA'S Apple iPhone 16**

33. On or about July 24, 2026, the Honorable Ajay S. Krishnan, United States Magistrate Judge, issued a federal search warrant (Case # 4:26-mj-70983) for DEPINA's Apple iPhone 16 Pro.

34. During a review of DEPINA's Apple iPhone, I observed images and videos of Minor 1 engaged in masturbation along with several images and videos DEPINA sent to Minor 1 of his penis.

35. I observed the following file on DEPINA's Apple iPhone 16 Pro Max depicting Minor 1 engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(a),

> **File Name: …zf4c724c162f99c6ca57b91621c8b6ba8.mp4**
> **Description**: This video is 8 seconds long and depicts Minor 1 completely nude and masturbating for the camera. Her face is visible to the camera. This video was sent to DEPINA by Minor 1 on or about April 18, 2026.

36. Minor 1 was 15 years old when this video was sent to DEPINA.

37. I spoke with a Walnut Creek detective who has viewed the video described above and has met Minor 1 in person and confirmed for me they're the same person.

38. I observed a series of "notes" saved on the phone related to DEPINA's relationship with Minor 1.The first note reads:

> "This irrelevant and means nothing lol but today is also National Eat What You Want Day, National Technology Day, and World Ego Awareness Day which is interesting I'm sure you wanted to know but the only thing that matters today just like every other day is you of courseeee.
>
> I don't say this to anyone but happy birthday princess, you're so amazing and perfect. You're by far my favorite person I've ever met and mean so much to me. You're by far the most attractive and gorgeous girl I've ever seen.
>
> Let me start off with this. I have a long list of things I wanna touch on, plus I'm sure I'll just ramble as I do when I talk about the most perfect girl in the world, but I wanted to start with **I know you're turning 16**, of course, but ever since I've met you, you've been a woman to me and I'll always treat you as such, as you know. But I've never seen you as immature or not enough for me or found it awkward to talk with you in anyway. You make it so easy. Out of everyone I've ever met online or in person, you are the best and most mature person with a strong and smart head on your shoulders. You're so perfect. I love you so much.

39. The second note reads:

"…the most perfect girl in the world but I wanted to start with **I know you're turning 16** of course but ever since I've met you you've been a woman to me and I'll always treat you as such as you know but I've never seen you as a kid or immature or not enough for me or found it awkward to talk with you in anyway. You make it so easy. Out of everyone I've ever met online or in person you are the best and most mature person with a strong and smart head on your shoulders. You're so perfect. **I love you so much. You're the most attractive and sexy woman I've ever met** and every day is a blessing with you and I'm so grateful you are as you are.

There was plenty of times I like forget your age until you tell me about the school work you have to do lol but I love it. Another quick thing is **that I've always wanted like a high school sweetheart or whatever it's called**. I thought that's be so sweet to have someone I could be with forever that I met in high school. I guess that's kinda come true? lol. Whatever, it doesn't matter whenever we met. I know you're the one for me and I'm so happy I have you the way you are and I can be so important and special to you. That means more than anything else in the world to me, you know.

Okay, this is like a month later lol but it's okay I don't wanna…"

**F. <u>Southwest Airlines Customer Information</u>**

40. On or about July 13, 2026, I received information from Southwest Airlines regarding DEPINA's travel. The records indicate DEPINA purchased a roundtrip ticket from Boston, Massachusetts to Oakland, California on or about April 12, 2026. The flight from Boston was scheduled to depart on June 21, 2026, and return on or about July 3, 2026. Records indicate he checked in and boarded a plane on June 21, 2026, from Boston to Dallas, Texas, and from Dallas, Texas, to Oakland, California.

41. On April 12, 2026, when the reservations were made, Minor 1 was 15 years old.

**G. <u>Search Warrant for DEPINA's Snapchat Account</u>**

42. On or about July 28, 2026, the Honorable Ajay S. Krishnan, United States Magistrate Judge, issued a search warrant (Case # 4:26-mj-70995 ASK) to Snapchat for DEPINA's account.

43. I reviewed the records in DEPINA's account and found the earliest contact he had with Minor 1 via Snapchat was on or about June 2, 2025.

44. I located sexually explicit images of Minor 1 in DEPINA's Snapchat account.

## CONCLUSION

45. Based on the aforementioned facts and information, there is probable cause to believe that on or about June 21, 2026, DEPINA knowingly transported a visual depiction of a minor engaged in sexually explicit conduct to the Northern District of California, by means of interstate of foreign commerce, in violation of U.S.C. § 2252(a)(1).

46. Furthermore, there is probable cause to believe that on or about June 28, 2026, in the Northern District of California, DEPINA possessed a visual depiction of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

//

//

//

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

____/s/______________________________
DARRYL J. HOLCOMBE
Task Force Officer, Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 on this 3rd day of SEPTEMBER 2026

______________________________________
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge